UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joseph Lubeck, *et al.*,

    Plaintiffs,

    v.                                   Case No.1:19cv748

Emergent Network Defense, Inc.,     Judge Michael R. Barrett

    Defendant.

## ENTRY OF DEFAULT BY CLERK

A thorough review of the record in this case indicates that the Complaint was filed in this matter on September 9, 2019. A Waiver of Service was returned executed on October 7, 2019 (Doc. 2).

As of November 18, 2019, the defendant has failed to plead or otherwise defend in this cause as required by law;

In accordance with Rule 55(a) of the Federal Rules of Civil Procedure default is hereby entered against the defendant Emergent Network Defense, Inc., on this 19th day of November, 2019.

                                                      Richard W. Nagel, Clerk

                                                      By:   *S/Barbara A. Crum*
                                                      Deputy Clerk