UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH LUBECK, et al.** | ) | CASE NO. 1:19-cv-00748-MRB |
| | ) | |
| Plaintiffs, | ) | JUDGE MICHAEL R. BARRETT |
| | ) | |
| v. | ) | |
| | ) | **AFFIDAVIT OF TRACY JOHNSON IN** |
| **EMERGENT NETWORK DEFENSE, INC.** | ) | **SUPPORT OF DEFAULT JUDGMENT** |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| STATE OF OHIO | ) |
| | ) SS: |
| COUNTY OF CUYAHOGA | ) |

I, Tracy Johnson, being duly sworn in accordance with the law, depose and state as follows:

1. I am over eighteen years of age, have personal knowledge of the facts contained in this affidavit, and I am competent to testify hereto.

2. I am a Partner at the law firm of Calfee, Halter & Griswold LLP ("Calfee"). I represent the Plaintiffs Joseph Lubeck, Michael Denberg, and Diane Denberg (collectively "Plaintiffs") in the above-captioned action.

3. Attached hereto as **Exhibit A** is a print out of an Excel spreadsheet ("Damages Spreadsheet") I created to calculate the amount owed by the Defendant, Emergent Network Defense, Inc. ("Defendant") in this action.

4. The Damages Spreadsheet includes each debt instrument at issue in this litigation, with each debt instrument separately identified according to the Plaintiff or combination of

Plaintiffs making the loan, the principal amount of the loan, and the date upon which the loan was made (collectively "Debt Instruments").

5. Each Debt Instrument at issue in this action provided for the payment of simple interest calculated on the basis of a 360-day year for the actual number of days elapsed.

6. The Debt Instruments each provided for one rate of interest to be paid prior to default and a second rate of interest to be paid after default. Accordingly, it is necessary to calculate separate amounts of interest pre- and post- default, which are then added to the principal amount to determine the total amount owed.

7. Under the terms of the Debt Instruments, Plaintiffs are owed interest up to the day this Court enters its judgment. Therefore, it is necessary to both calculate a sum certain that is owed as of the date that the Damages Spreadsheet is submitted to the Court and also to calculate an amount of additional interest that is owed per day between the day that the Damage Spreadsheet is submitted and when the Court enters judgment.

8. To calculate the pre-default interest owed in connection with each of the Debt Instruments, I multiplied the amount of the principal of the loan ("Principal Amount") by the pre-default interest rate ("Pre-Default Interest Rate") and divided the product by 360 to find the amount of daily pre-default interest owed ("Pre-Default Per Diem Interest"). I then multiplied the amount of daily pre-default interest owed ("Pre-Default Per Diem Interest") by the number of days from the making of the loan until the loan was in default ("Pre-Default Days") to calculate the amount of interest owed on the loan prior to default ("Pre-Default Interest"). (See, Exhibit A).

9. To calculate the post-default interest owed in connection with each of the Debt Instruments, I multiplied the amount of the principal of the loan ("Principal Amount") by the post-default interest rate ("Post-Default Interest Rate") and divided the product by 360 to determine the

2

amount of daily post-default interest owed ("Post-Default Per Diem Interest"). I then multiplied the amount of daily post-default interest owed ("Post-Default Per Diem Interest") by the number of days from the making of the loan until the day the Excel spreadsheet was printed ("Post-Default Days") to calculate the amount of interest owed on the loan after default until the day that the Excel spreadsheet was printed ("Post-Default Interest"). (See, Exhibit A).

10. To calculate the total interest owed as of the date that the Damages Spreadsheet was printed ("Total Interest Owed on Calculation Day"), I added the amount of interest owed pre-default ("Pre-Default Interest") to the amount of interest owed post-default ("Post-Default Interest"). (See, Exhibit A).

11. To calculate the total principal and interest owed for each of the notes on the date that the Damages Spreadsheet was printed ("Total Principal Plus Interest Owed on Calculation Day"), I added the total interest owed on the day that the Damages Spreadsheet was printed ("Total Interest Owed on Calculation Day") to the principal amount of each loan ("Principal Amount"). (See, Exhibit A).

12. Because the Plaintiffs are owed additional interest for each day between the day that the Damages Spreadsheet was printed until the Court enters its judgement, the Damages Spreadsheet sets forth the amount of the daily additional interest owed after the day the spreadsheet was printed for each debt instrument in a separate column ("Per-Diem Interest Owed For Each Day After Calculation Day"). This amount is the same as the amount of daily interest that is owed post-default (Post-Default Per-Diem Interest"). (See, Exhibit A).

13. The Damages Spreadsheet also sums the amounts of principal and interest owed on the day that the Damages Spreadsheet was printed ("Total Principal Plus Interest Owed on Calculation Day") and the total daily additional interest that is owed for each additional day

3

between the calculation day until the Court enters its judgement ("Per-Diem Interest Owed For Each Day After Calculation Day") for each of the Plaintiffs or combination of Plaintiffs. (See, Exhibit A).

14. The Damages Spreadsheet was printed on November 20, 2019. On November 20, 2019, Mr. Lubeck was owed $913,617.71, Mr. and Mrs. Denberg were owed $235,483.33, and Mr. Denberg was owed $49,432.29. For each day from November 20, 2019 until this Court enters judgement in favor of the plaintiffs, Mr. Lubeck is owed $191.32 per day, Mr. and Mrs. Denberg are owed $44.44 per day, and Mr. Denberg is owed $15.63 per day in additional interest.

FURTHER AFFIANT SAYETH NAUGHT.

_____
TRACY JOHNSON

SWORN TO BEFORE ME and subscribed in my presence this 20th day of November, 2019.

_____
NOTARY PUBLIC

DONNA J. MICHALSKI, Notary Public
State of Ohio, Cuyahoga County
My Commission Expires March 15, 2022

# Exhibit A

## The Lubeck Convertible Debenture and the Lubeck Convertible Notes

| Principal Amount | Date Made | Term | Default Date | Calculation Date | Pre-Default Interest Rate | Pre-Default Per-Diem Interest | Pre-Default Days | Pre-Default Interest | Post-Default Interest Rate | Post-Default Per-Diem Interest | Post-Default Days | Post-Default Interest | Total Interest Owed on Calculation Day | Total Principal Plus Interest Owed on Calculation Day | Per-Diem Interest Owed For Each Day After Calculation Day |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $650,000.00 | 9/15/2016 | 9/21/2017 | 5/10/2019 | 11/20/2019 | 5.0% | $90.28 | 967 | $87,298.61 | 8.0% | $144.44 | 194 | $28,022.22 | $115,320.83 | $765,320.83 | $144.44 |
| $75,000.00 | 8/11/2017 | 9/30/2017 | 9/30/2017 | 11/20/2019 | 10.0% | $20.83 | 50 | $1,041.67 | 15.0% | $31.25 | 781 | $24,406.25 | $25,447.92 | $100,447.92 | $31.25 |
| $37,500.00 | 9/27/2017 | 9/27/2018 | 9/27/2018 | 11/20/2019 | 10.0% | $10.42 | 365 | $3,802.08 | 15.0% | $15.63 | 419 | $6,546.88 | $10,348.96 | $47,848.96 | $15.63 |
| | | | | | | | | | | | | Totals: | | $913,617.71 | $191.32 |

## The Denberg Convertible Debenture

| Principal Amount | Date Made | Term | Default Date | Calculation Date | Pre-Default Interest Rate | Pre-Default Per-Diem Interest | Pre-Default Days | Pre-Default Interest | Post-Default Interest Rate | Post-Default Per-Diem Interest | Post-Default Days | Post-Default Interest | Total Interest Owed on Calculation Day | Total Principal Plus Interest Owed on Calculation Day | Per-Diem Interest Owed For Each Day After Calculation Day |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $200,000.00 | 9/15/2016 | 9/21/2017 | 5/10/2019 | 11/20/2019 | 5.0% | $27.78 | 967 | $26,861.11 | 8.0% | $44.44 | 194 | $8,622.22 | $35,483.33 | $235,483.33 | $44.44 |
| | | | | | | | | | | | | Totals: | | $235,483.33 | $44.44 |

## The Michael Denberg Convertible Notes

| Principal Amount | Date Made | Term | Default Date | Calculation Date | Pre-Default Interest Rate | Pre-Default Per-Diem Interest | Pre-Default Days | Pre-Default Interest | Post-Default Interest Rate | Post-Default Per-Diem Interest | Post-Default Days | Post-Default Interest | Total Interest Owed on Calculation Day | Total Principal Plus Interest Owed on Calculation Day | Per-Diem Interest Owed For Each Day After Calculation Day |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $25,000.00 | 8/11/2017 | 9/30/2017 | 9/30/2017 | 11/20/2019 | 10.0% | $6.94 | 50 | $347.22 | 15.0% | $10.42 | 781 | $8,135.42 | $8,482.64 | $33,482.64 | $10.42 |
| $12,500.00 | 9/27/2017 | 9/27/2018 | 9/27/2018 | 11/20/2019 | 10.0% | $3.47 | 365 | $1,267.36 | 15.0% | $5.21 | 419 | $2,182.29 | $3,449.65 | $15,949.65 | $5.21 |
| | | | | | | | | | | | | Totals: | | $49,432.29 | $15.63 |