UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH LUBECK, et al.** | ) | CASE NO. 1:19-cv-00748-MRB |
| | ) | |
| Plaintiffs, | ) | JUDGE MICHAEL R. BARRETT |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| **EMERGENT NETWORK DEFENSE, INC**. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that in accordance with the Court's Notice of Hearing (the "Notice of Hearing") on the Motion for Default Judgment filed by Plaintiffs Joseph Lubeck, Michael Denberg and Diane Denberg (collectively, "Plaintiffs") against Defendant Emergent Network Defense, Inc. ("Defendant") in the above-referenced action (the "Motion") (Dkt. No. 5), a copy of Plaintiffs' Motion was served on the Defendant and the Defendant's registered agent via Federal Express on November 25, 2019. A copy of the Court's Notice of Hearing was also served on the Defendant and the Defendant's registered agent via Federal Express on November 25, 2019.

Dated: November 25, 2019

Respectfully submitted,

*/s/ David T. Bules*
David T. Bules (0083834), Trial Attorney
CALFEE, HALTER & GRISWOLD LLP
2800 First Financial Center
255 East Fifth Street
Cincinnati, Ohio 45202
Email: dbules@calfee.com
Telephone: (513) 693-4892
Facsimile: (513) 842-7028

*Attorneys for Plaintiffs Joseph Lubeck, Michael Denberg, and Diane Denberg*