UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joseph Lubeck, et al.,

    Plaintiff,

v.                                    Case No.   1:19cv748

Emergent Network Defense, Inc.,          Judge Michael R. Barrett

    Defendant.

## CIVIL MINUTES
### on a Default Judgment Motion

**HONORABLE MICHAEL R. BARRETT, UNITED STATES DISTRICT JUDGE**
**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Kathleen Bedree
**COURT REPORTER:** Maryann Maffia, Official
**DATE:** December 2, 2019    **TIME:** 2:41 pm - 2:51 pm

Attorney for Plaintiff(s): David Bules

Attorney for Defendant(s): Newell Crane - shareholder of company

### WITNESSES

### PROCEDURES

✓ Counsel Present for Plaintiff; dft did not appear
✓ Motion heard: ✓ Motion for Default Judgment (Doc. 5)
    - matter under advisement
___ Court's decision to follow.
✓ Court ordered in open court that motion to be held pending a Tele conf set 12/5/19 @ 10am

Remarks: