**WRIT OF EXECUTION**

FILED
RICHARD W. NAGEL
CLERK OF COURT

| **United States District Court** | DISTRICT<br>Southern District of Ohio | 2019 DEC 17  PM 1: 35 |
|---|---|---|

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

TO THE MARSHAL OF:    Southern District of Ohio

**YOU ARE HEREBY COMMANDED**, that of the goods and chattels, lands and tenements in your district belonging to:

NAME  Emergent Network Defense, Inc.
9435 Waterstone Blvd., Suite 140
Cincinnati, OH 45249

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $1,203,322.25 | and |

in the United States District Court for the _____ Southern _____ District of ___ Ohio _____,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE PNC Bank, National Association, c/o Corporate<br>Service Company, 50 West Broad Street, Suite 1330 | DISTRICT<br>Southern District of Ohio |
|---|---|
| CITY  Columbus, OH | DATE  ~~December 13, 2019~~ December 17, 2019 |

Witness the Honorable ___*Stephanie K Bowman*___
Stephanie K. Bowman, United States Magistrate Judge

| DATE<br>12/17/19 | CLERK OF COURT<br>**Richard W. Nagel, Clerk of Court**<br>(BY) DEPUTY CLERK |
|---|---|

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPT MARSHAL |
|---|---|