FILED
RICHARD W. NAGEL
CLERK OF COURT

2019 DEC 17  PM 1: 35

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH LUBECK, et al.** | ) | CASE NO. 1:19-cv-00748-MRB |
| | ) | |
| Plaintiffs, | ) | JUDGE MICHAEL R. BARRETT |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF GARNISHMENT OF** |
| **EMERGENT NETWORK DEFENSE,** | ) | **PROPERTY OTHER THAN PERSONAL** |
| **INC.** | ) | **EARNINGS AND ANSWER OF** |
| | ) | **GARNISHEE** |
| Defendant. | ) | |

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR**

**SECTION A. COURT ORDER AND NOTICE OF GARNISHMENT**

To PNC Bank, National Association, c/o Corporation Service Company, 50 West Broad Street, Suite 1330, Columbus, OH 43215, Garnishee.

An affidavit satisfactory to the undersigned has been filed in this Court on behalf of the judgment creditors in the above-referenced action, Joseph Lubeck, Michael Denberg and Diane Denberg (collectively, the "Judgment Creditors), stating that you may have money, property, or credits, other than personal earnings, in your hands or under your control that belong to the judgment debtor in the above-referenced action, Emergent Network Defense, Inc. (the "Judgment Debtor").

You are therefore ordered to complete the "ANSWER OF GARNISHEE" in section (B) of this form. Return one completed and signed copy of this form to the Clerk of this Court (Office of the Clerk, Potter Stewart U.S. Courthouse, Room 103, 100 East Fifth Street, Cincinnati, Ohio 45202) together with the amount determined in accordance with the "ANSWER OF GARNISHEE" within twelve (12) days of entry of this Order. Deliver one completed and signed

4820-7651-7038, v.2

copy of this form to the judgment debtor prior to that date. Keep the other completed and signed copy of this form for your files.

The total probable amount now due on this judgment is $1,203,322.25. The total probable amount now due includes the unpaid portion of the judgment in favor of the judgment creditor, which is $1,202,555.55; accrued post-judgment interest in the amount of $366.70, through December 13, 2019, computed at the rate of 1.59%; if applicable, additional post-judgment interest relative to that judgment at the rate of 1.59% per annum payable until that judgment is satisfied in full; and court costs in the amount of $400.00.

You also are ordered to hold safely anything of value that belongs to the Judgment Debtor and that has to be paid to the Court, as determined under the "ANSWER OF GARNISHEE" in section (B) of this form, but that is of such a nature that it cannot be so delivered, until further order of the Court.

Witness my hand and the seal of this Court this _____17_____ day of ___December___, 2019.

_____12/17/19_____
DATE

_Stephanie K Bowman_
Stephanie K. Bowman
United States Magistrate Judge

2

4820-7651-7038, v.2

## SECTION B. ANSWER OF GARNISHEE

Now comes_____ the garnishee, who says:

1.    That the garnishee has more than $400 in money, property, or credits, other than personal earnings, of the judgment debtor under the garnishee's control and in the garnishee's possession.

Yes _____ No_____; if yes, give amount over $400.00: _____

2.    The property is described as: _____

3.    If the answer to line 1 is "yes" and the amount is less than the probable amount now due on the judgment, as indicated in section (A) of this form, sign and return this form and pay the amount of line 1 to the Clerk of this Court.

4.    If the answer to line 1 is "yes" and the amount is greater than that probable amount now due on the judgment, as indicated in section (A) of this form, sign and return this form and pay that probable amount now due to the Clerk of this Court.

5.    If the answer to line 1 is "yes" but the money, property, or credits are of such a nature that they cannot be delivered to the Clerk of the Court, indicate that by placing an "X" in this space: _____. Do not dispose of that money, property, or credits or give them to anyone else until further order of the Court.

6.    If the answer to line 1 is "no," sign and return this form to the Clerk of this Court.

I certify that the statements above are true. _____

(Print Name of Garnishee)

_____ Signed: _____ Dated _____

(Print Name and Title of Person who Completed Form) (Signature of Person Completing Form)

3

4820-7651-7038, v.2

Prepared by:

/s/ David T. Bules
David T. Bules (0083834), Trial Attorney
CALFEE, HALTER & GRISWOLD LLP
2800 First Financial Center
255 East Fifth Street
Cincinnati, Ohio 45202
Email: dbules@calfee.com
Telephone: (513) 693-4892
Facsimile: (513) 842-7028

*Attorneys for Plaintiffs and Judgment Creditors Joseph Lubeck, Michael Denberg, and Diane Denberg*

4820-7651-7038, v.2